UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ZOLTAN KOZIC, | ) | CASE NO. 4:16-cv-245 |
| | ) | |
| PETITIONER, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | MEMORANDUM OPINION |
| | ) | |
| BRIGHAM SLOAN, | ) | |
| | ) | |
| RESPONDENT. | ) | |

*Pro se* petitioner Zoltan Kozic filed the above-captioned petition for a writ of habeas corpus under 28 U.S.C. § 2254. He is currently incarcerated in the Lake Erie Correctional Institution, having been convicted on September 1, 2011 of burglary, trafficking in drugs, and engaging in a pattern of corrupt activity. He was sentenced to eighteen years in prison.

It was unclear from the petition what grounds for relief Kozic was asserting. He attached as exhibits to his petition lists of assignments of error he had asserted in the state courts, relying on the Court to search through those exhibits and piece together grounds for relief for this habeas petition. On April 1, 2016, the Court informed Kozic that it was his responsibility to identify grounds for the relief he seeks in his petition, particularly in this case, where Kozic asked this Court to stay these proceedings while his petition for post-conviction relief is pending in the Mahoning County Court of Common Pleas. The Court afforded Kozic until May 2, 2016 to file an amended petition listing all the grounds he intends to pursue, or suffer dismissal of his petition.

On April 29, 2016, Kozic filed an amended petition; however, it did not comply with the Court's order. The amended petition still does not identify any grounds for relief. In fact, it omits all of the pages on the form petition where a petitioner would state the grounds for relief. The Court cannot entertain a petition that does not contain grounds for relief.

For the foregoing reasons, Kozic's application to proceed *in forma pauperis* (Doc. No. 2) is granted. The petition for writ of habeas corpus (Doc. No. 1, as amended by Doc. No. 7) is denied, and this action is dismissed without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253; Fed. R. App. P. 22(b).

**IT IS SO ORDERED**.

Dated: May 4, 2016

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**